ANNA E. LANG, as Administratrix, etc., Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred, except Foote, J., who dissented and voted for reversal upon the authority of *St. Louis & San Francisco R. R.* v. *Conarty* (238 U. S. 243).

PATRICK EDWARDS, Respondent, v. NEW YORK, CHICAGO AND ST. LOUIS RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

JOSEPH G. GERLACH, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

THE TRUSTEES OF THE MASONIC HALL AND ASYLUM FUND, Appellant, v. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY and Another, Respondents.— Judgment affirmed, with costs. All concurred.

BURR E. CARTWRIGHT, Respondent, v. GEORGE L. PRATT and Another, Appellants, Impleaded with Another.— Judgment reversed and new trial granted, with costs to appellants to abide event. Held, *first*, that the admission of the evidence of the husband taken in supplementary proceedings, was incompetent as against the wife. *Second.* That the finding of the trial court that the wife had knowledge of and participated in the fraud of the husband in the making of the transfers attacked, is against the weight of the evidence. All concurred; Hubbs, J., not sitting.

In the Matter of the Application of GEORGE E. PIERCE to Vacate, Annul and Cancel the License of the TONAWANDA AND GRAND ISLAND FERRY COMPANY, INC., etc.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

FRED E. McCURDY, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

HARRY H. HATHEWAY and Others, Appellants, v. HARLIE J. CHURCHELL, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

WILLIAM H. PARKER, Respondent, v. CHARLES A. HINKLEY, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

IRA C. BARBER, Appellant, v. INTERNATIONAL AUTOMOBILE LEAGUE, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.